# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | NO. 07-549-01 |
| MAURICE PHILLIPS | : | |

## **ORDER**

AND NOW, this 23rd day of July, 2013, upon consideration of Defendant's Motion to Stay (Doc. No. 964) the District Court's Preliminary Order of Forfeiture for Substitute Asset (Doc. No. 962), and the Government's Response thereto (Doc. No. 966), and for the reasons set forth in the preceding Memorandum, it is hereby ORDERED that the Motion to Stay is DENIED.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER,        J.